Appeal Nos. 2023-1218 and 2023-1274

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

SUNOCO PARTNERS MARKETING & TERMINALS L.P.,

*Plaintiff-Appellant,*

v.

POWDER SPRINGS LOGISTICS, LLC,
MAGELLAN MIDSTREAM PARTNERS L.P.,

*Defendants-Cross-Appellants.*

Appeal from the United States District Court for the District of Delaware,
in No. 1:17-cv-1390-RGA, Honorable Richard G. Andrews

## DEFENDANTS-CROSS-APPELLANTS UNOPPOSED MOTION FOR A 14-DAY EXTENSION OF TIME TO FILE THEIR OPENING AND RESPONSE BRIEF

**FISH & RICHARDSON P.C.**
Nitika Gupta Fiorella
Douglas E. McCann
Martina Tyreus Hufnal
222 Delaware Ave., 17th Floor
Wilmington, DE 19801
fiorella@fr.com
dmccann@fr.com
hufnal@fr.com
PH: 302-652-5070

Joseph Herriges
60 S 6th St., Suite 3200
Minneapolis, MN 55402
herriges@fr.com
PH: 612-335-5070

*Counsel for Defendants-Cross- Appellants*
*Magellan Midstream Partners L.P.*

**MEUNIER CARLIN & CURFMAN LLC**
David S. Moreland
Warren J. Thomas
John W. Harbin
999 Peachtree St., N.E., Suite 1300
Atlanta, GA 30309
dmoreland@mcciplaw.com
wthomas@mcciplaw.com
jharbin@mcciplaw.com
PH: (404) 645-7700

*Counsel for Defendants-Cross Appellants Powder Springs Logistics, LLC*

June 15, 2023

## <u>CERTIFICATE OF INTEREST</u>

Counsel for Defendants-Cross-Appellants Magellan Midstream Partners L.P., Nitika Gupta Fiorella, certifies that the following information is accurate and complete to the best of his/her knowledge:

1. **Represented Entities.** Prove the full names of all entities represented by undersigned counsel in this case. Fed. Cir. R. 47.4(a)(1)

   Magellan Midstream Partners L.P.

2. **Real Party In Interest.** Provide the full names of all real parties in interest for the entities.  Do not list the real parties if they are the same as the entities.  Fed. Cir. R. 47.4 (a)(2).

   Magellan GP, LLC

   Magellan OLP, L.P.

   Magellan Logistics & Services L.P.

   Magellan NGL, LLC

3. **Parent Corporations and Stockholders.**  Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.  Fed. Cir. R. 47.4 (a)(3).

   N/A

4. **Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

   Fish & Richardson P.C.: Grayson Sundermeir, Casey Kraning, Rae Crisler, Karrie Wheatley

5. **Related Cases.** Other than originating case(s) for this case(s), are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

Sunoco Partners Marketing & Terminals L.P. v. U.S. Venture, et. al., No. 1:15-cv-08178 (N.D. Ill 2015)

Sunoco Partners Marketing & Terminals L.P. v. U.S. Venture, Inc., No. 22-1899 (Fed. Cir. 2022)

6. **Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6)

N/A

June 16, 2023                        */s/ Nitika Gupta Fiorella*
                                     Nitika Gupta Fiorella

                                     *Counsel for Magellan Midstream Partners L.P.*

## <u>CERTIFICATE OF INTEREST</u>

Counsel for Defendants-Cross-Appellants Powder Springs Logistics, LLC, David S. Moreland, certifies that the following information is accurate and complete to the best of his/her knowledge:

1. **Represented Entities.** Prove the full names of all entities represented by undersigned counsel in this case. Fed. Cir. R. 47.4(a)(1)

   Powder Springs Logistics, LLC

2. **Real Party In Interest.** Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. Fed. Cir. R. 47.4 (a)(2).

   Magellan Midstream Partners, L.P.

   Magellan OLP, L.P.

   Colonial Pipeline Company

   Trinidad Products, Inc.

3. **Parent Corporations and Stockholders.** Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. Fed. Cir. R. 47.4 (a)(3).

   N/A

4. **Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

   Fish & Richardson P.C.: Grayson Sundermeir, Casey Kraning, Rae Crisler, Karrie Wheatley

5. **Related Cases.** Other than originating case(s) for this case(s), are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

Sunoco Partners Marketing & Terminals L.P. v. U.S. Venture, et. al., No. 1:15-cv-08178 (N.D. Ill 2015)

Sunoco Partners Marketing & Terminals L.P. v. U.S. Venture, Inc., No. 22-1899 (Fed. Cir. 2022)

**6.     Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6)

N/A


June 16, 2023                          */s/ David S. Moreland*
                                       David S. Moreland

                                       *Counsel for Powder Springs*
                                       *Logistics, LLC.*

Pursuant to Federal Circuit Rules 26(b) and 27 and the Federal Rule of Appellate Procedure 27, Defendants-Cross-Appellants Powder Springs Logistics LLC ("PSL") and Magellan Midstream Partners L.P. ("Magellan") (collectively, "Cross-Appellants") respectfully request a 14-day extension of time in which to file their Opening and Response Brief, from July 7, 2023 to July 21, 2023.  This is the second extension Cross-Appellants have sought in this matter for their Opening and Response Brief.

Cross-Appellants' counsel has notified counsel for Plaintiff-Appellant of its intent to seek an extension and Plaintiff-Appellant had no objection to the requested extension and will not file a response.

Cross-Appellants have good cause to request this extension due to unforeseen personal and professional commitments that hinder their ability to fully address all necessary issues in these appeals by the current deadline.

Cross-Appellants therefore respectfully request that the deadline for their Opening and Response brief be extended to and including July 21, 2023.

FISH & RICHARDSON P.C.

*/s/ Nitika Gupta Fiorella*
Nitika Gupta Fiorella
Douglas E. McCann
Martina Tyreus Hufnal
FISH & RICHARDSON P.C.
222 Delaware Ave., 17th Floor
Wilmington, DE 19801
Fiorella@fr.com
dmccann@fr.com
hufnal@fr.com
PH:  302-652-5070

Joseph Herriges
FISH & RICHARDSON P.C.
60 S 6th St., Suite 3200
Minneapolis, MN 55402
herriges@fr.com
PH:  612-335-5070

*Counsel for Defendants-Cross-Appellants Magellan Midstream Partners L.P.*

MEUNIER CARLIN & CURFMAN LLC

By: */s/ David S. Moreland*
David S. Moreland
Warren J. Thomas
John W. Harbin
999 Peachtree St., N.E., Suite 1300
Atlanta, GA 30309
dmoreland@mcciplaw.com
wthomas@mcciplaw.com
jharbin@mcciplaw.com
PH:  (404) 645-7700

*Counsel for Defendants-Cross-Appellants Powder Springs Logistics, LLC*

**CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A).  The motion contains 153 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 27(d)(2) and 32(f).

This motion also complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 27(d)(l)(E), incorporating Rules 32(a)(5) and 32(a)(6).  The motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.


 June 16, 2023                               */s/ Nitika Gupta Fiorella*
                                            Nitika Gupta Fiorella