NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SUNOCO PARTNERS MARKETING & TERMINALS L.P.,**
*Plaintiff-Appellant*

v.

**POWDER SPRINGS LOGISTICS, LLC, MAGELLAN MIDSTREAM PARTNERS L.P.,**
*Defendants-Cross-Appellants*

---

2023-1218, 2023-1274

---

Appeals from the United States District Court for the District of Delaware in No. 1:17-cv-01390-RGA, Judge Richard G. Andrews.

---

**ON MOTION**

---

### O R D E R

Powder Springs Logistics, LLC and Magellan Midstream Partners L.P. move unopposed for a 14-day extension of time, until July 21, 2023, to file their opening and response brief.

Upon consideration thereof,

2   SUNOCO PARTNERS MARKETING & TERMINALS L.P. v. POWDER SPRINGS LOGISTICS, LLC

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>June 22, 2023</u>       <u>/s/ Jarrett B. Perlow</u>
Date       Jarrett B. Perlow
Acting Clerk of Court