| FORM 9A. Notice of Related Case Information | Form 9A (p. 1) |
|---|---:|
| | March 2023 |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### NOTICE OF RELATED CASE INFORMATION

**Case Number** 2023-1218

**Short Case Caption** Sunoco Partners Marketing & Terminals L.P. v. Powder Sp

**Filing Party/Entity** Magellan Midstream Partners L.P.

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Sunoco Partners Marketing & Terminals L.P. v. U.S. Venture, et al.,
  1:15-cv-08178 (N.D. Ill. 2015)
Sunoco Partners Marketing & Terminals L.P. v. U.S. Venture, Inc.,
  No. 2020-1640 (Fed. Cir.)
Sunoco Partners Mktg. & Terminals L.P. v. U.S. Venture, Inc.,
  No. 2023-1739 (Fed. Cir.)
Sunoco Partners Marketing & Terminals L.P. v. U.S. Venture, Inc.,
  No. 4:19-cv-01145 (S.D. Tex.)
Sunoco Partners Mktg. & Terminals L.P. v. U.S. Venture, Inc.,
  No. 2022-1899 (Fed. Cir.)

☐    Additional pages attached

FORM 9A. Notice of Related Case Information                                         Form 9A (p. 2)
                                                                                      March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> Sunoco Partners Marketing & Terminals L.P.
> Powder Springs Logistics, LLC
> Magellan Midstream Partners L.P.

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> See attached

☑ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 07/21/2023                Signature:  /s/ Nitika Gupta Fiorella

                                Name:       Nitika Gupta Fiorella

**FORM 9A. Notice of Related Case Information**  Form 9A  
March 2023  
Page 3

3. **NAMES OF ALL LAW FIRMS, PARTNERS, AND ASSOCIATES IN THE CASES LISTED ABOVE.**

Do not duplicate the names of the law firms, partners, and associates. Do not relist case information and party names. Fed. Civ. R. 47.5(b)(2)(B).

| | |
|---|---|
| Wilson & Strawn LLP | George Carter Lombardi  Alyssa Elena Ramierz  Luke Allen Culpepper |
| Sheppard, Mullin, Richter & Hampton, LLP | John Richard Keville  Michael Charles Krill  Michelle Cherry Replogle |
| The Exoneration Project | Karl A. Leonard |
| Devlin Law Firm | Neil A. Benchel |
| Bishop Diehl & Lee, Ltd. | Edward L. Bishop  Nicholas S. Lee |
| Law office of Richard L. Stanley | Richard L. Stanley |
| Goodwin Proctor LLP | Brian Drummond  Srikanth K. Reddy  Gerard Justin Cedrone  William M. Jay |
| Foley & Lardner LLP | Andrew Michael Gross  Jeffrey Costakos  Kimberly Dodd  Andrew Michael Gross  Terell R. Miller |
| Foley Gardere et al | Michaela Grace Bissett |