**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
700 Louisiana Street, 27th Floor
Houston, Texas 77002
713.431.7100 main
713.431.7101 fax
www.sheppardmullin.com

John R. Keville
713.431.7113 direct
JKeville@sheppardmullin.com

January 13, 2025

**VIA ELECTRONIC FILING (CM/ECF)**

Jarrett B. Perlow
717 Madison Place, NW
Washington, DC 20439
(202) 275-8000

Re:  <u>Sunoco Partners Marketing & Terminals L.P., v. Powder Springs Logistics, LLC, et al.,
     No. 2023-1218 (Panel K, Judges Stoll, Clevenger, and Cunningham)</u>

Dear Mr. Perlow:

   Pursuant to Fed. R. App. P. 28(j), in response to questions raised at the January 13, 2025, oral argument in the above-referenced case, Appellant Sunoco Partners Marketing & Terminals L.P. ("Sunoco") submits the attached district court filing (Dkt. No. 842) in which Sunoco raised the Rule 50(a) issue before the district court in response to Defendant-Appellee's JMOL arguments. The attached letter was filed as a reply in support of Sunoco's letter referenced at oral argument (Appx23401–23403). Because the letter was filed as part of the record in the district court, it is part of the record on appeal. Fed. R. App. P. 10(a)(1).

Sincerely,

/s/ John R. Keville

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


cc:  Counsel of Record