Nos. 2023-1218 and 2023-1274

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

SUNOCO PARTNERS MARKETING & TERMINALS L.P.,

*Plaintiff-Appellant*,

v.

POWDER SPRINGS LOGISTICS, LLC,
MAGELLAN MIDSTREAM PARTNERS L.P.,

*Defendants-Cross-Appellants*.

On Appeal from the United States District Court for the District of Delaware,
in No. 1:17-cv-1390-RGA,
Honorable Richard G. Andrews, Judge

**NOTICE OF WITHDRAWAL OF COUNSEL**

**MEUNIER CARLIN & CURFMAN LLC**
John W. Harbin
999 Peachtree St., N.E., Suite 1300
Atlanta, GA 30309
jharbin@mcciplaw.com
PH: (404) 645-7700

**COUNSEL FOR DEFENDANT-CROSS APPELLANT POWDER SPRINGS LOGISTICS, LLC**

March 27, 2025

      Pursuant to Federal Circuit Rule 47.3(c), John W. Harbin of Meunier Carlin & Curfman LLC ("MCC") provides notice to the Court of his withdrawal of appearance in the above-captioned matter on behalf of Defendant-Cross Appellant Powder Springs Logistics, LLC ("PSL"). As of March 8, 2025, Lead Counsel for PSL, Mr. David S. Moreland, is no longer affiliated with MCC. Mr. Moreland is now with Miller & Martin PLLC. PSL will continue to be represented by David S. Moreland as lead counsel, Accordingly, PSL's rights will not be prejudiced by this withdrawal of appearance.

      Mr. Harbin further requests termination of CM/ECF notices for him for this case.

      MEUNIER CARLIN & CURFMAN LLC

      By: */s/John W. Harbin*
         John W. Harbin
         999 Peachtree St., N.E., Suite 1300
         Atlanta, GA 30309
         jharbin@mcciplaw.com
         PH: (404) 645-7700

      **COUNSEL FOR DEFENDANT-CROSS APPELLANT POWDER SPRINGS LOGISTICS, LLC**