Nos. 2023-1218 and 2023-1274

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

SUNOCO PARTNERS MARKETING & TERMINALS L.P.,

*Plaintiff-Appellant*,

v.

POWDER SPRINGS LOGISTICS, LLC,
MAGELLAN MIDSTREAM PARTNERS L.P.,

*Defendants-Cross-Appellants*.

On Appeal from the United States District Court for the District of Delaware,
in No. 1:17-cv-1390-RGA,
Honorable Richard G. Andrews, Judge

## NOTICE OF WITHDRAWAL OF COUNSEL

**MEUNIER CARLIN & CURFMAN LLC**
Warren J. Thomas
999 Peachtree St., N.E., Suite 1300
Atlanta, GA 30309
jharbin@mcciplaw.com
PH: (404) 645-7700

**COUNSEL FOR DEFENDANT-CROSS APPELLANT POWDER SPRINGS LOGISTICS, LLC**

March 27, 2025

Pursuant to Federal Circuit Rule 47.3(c), Warren J. Thomas of Meunier Carlin & Curfman LLC ("MCC") provides notice to the Court of his withdrawal of appearance in the above-captioned matter on behalf of Defendant-Cross Appellant Powder Springs Logistics, LLC ("PSL"). As of March 8, 2025, Lead Counsel for PSL, Mr. David S. Moreland, is no longer affiliated with MCC. Mr. Moreland is now with Miller & Martin PLLC. PSL will continue to be represented by David S. Moreland as lead counsel, Accordingly, PSL's rights will not be prejudiced by this withdrawal of appearance.

Mr. Thomas further requests termination of CM/ECF notices for him for this case.

                                  MEUNIER CARLIN & CURFMAN LLC

                                  By: */s/Warren J. Thomas*
                                      Warren J. Thomas
                                      999 Peachtree St., N.E., Suite 1300
                                      Atlanta, GA 30309
                                      jharbin@mcciplaw.com
                                      PH: (404) 645-7700

                                **COUNSEL FOR DEFENDANT-CROSS APPELLANT**
**POWDER SPRINGS LOGISTICS, LLC**